1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YVETTE SMITH | ) | CASE NO. CIV-09-01982-GGH |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 16, 2010, to April 30, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 16, 2010 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | | Attorney for Plaintiff |
| Dated:February 16, 2010 | | Benjamin G. Wagner |
| | | United States Attorney |
| | | /s/ Theophous Reagans <br> THEOPHOUS REAGANS |
| | | Special Assistant U.S. Attorney <br> Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 6, 2010            /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

smith1982.eot